```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>H. YOUNG ENTERPRISES, INC., et al.<br><br>    Defendant. | NO. C 07 2739 BZ<br><br>PLAINTIFF'S CASE MANAGEMENT STATEMENT AND <u>REQUEST FOR CONTINUANCE</u><br>Date: September 17, 2007<br>Time: 4:00 p.m. |

   Plaintiffs report the status of this case as follows:

   The plaintiffs have been paid in full today by check. We expect that it will clear the bank within 10 days and will dismiss the case when that happens.

   We respectfully request that the Case Management Conference be continued thirty days.

                              Respectfully submitted,

Dated: September 11, 2007     ERSKINE & TULLEY
                              A PROFESSIONAL CORPORATION

                              By: _____
                                  Michael J. Carroll
                                  Attorneys for Plaintiffs

PLAINTIFF'S CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE   1

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On September 11, 2007 I served the within PLAINTIFF'S CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Howard Young
Just Desserts
233 Sansome Street, Suite 1000
San Francisco, CA 94104

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2007 at San Francisco, California.

Sharon Eastman