1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE SAN MATEO )    NO. C 07 2739 BZ
    HOTEL, et al.                      )
12                                     )
                         Plaintiff,    )
13                                     )    ORDER TO CONTINUE CASE
              vs.                      )    MANAGEMENT CONFERENCE
14                                     )
    H. YOUNG ENTERPRISES, INC., et al. )
15                                     )
                                       )
16                       Defendant.    )
    _____)
17

18          IT IS ORDERED that the Case Management Conference in this

19  case originally set for September 17, 2007 continued to October 15,

20  2007 at 4:00 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue,

21  San Francisco, CA.

22  Dated:_____        _____
                                    Honorable Judge Bernard Zimmerman
23

24

25

26

27

28

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        1