```
 1 | ERSKINE & TULLEY
   | A PROFESSIONAL CORPORATION
 2 | MICHAEL J. CARROLL (St. Bar #50246)
   | 220 Montgomery Street, Suite 303
 3 | San Francisco, CA  94104
   | Telephone:  (415) 392-5431
 4 |
   | Attorneys for Plaintiff
 5 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL, et al. | NO. C 07 2739 BZ |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| H. YOUNG ENTERPRISES, INC., et al. | |
| Defendant. | |

IT IS ORDERED that the Case Management Conference in this case originally set for September 17, 2007 continued to October 22, 2007 at 4:00 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 12 Sept 07

_____
Honorable Judge Bernard Zimmerman

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        1