```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.<br><br>         Plaintiff,<br><br>vs.<br><br>H. YOUNG ENTERPRISES, INC., et al.<br><br>         Defendant. | NO. C 07 2739 BZ<br><br>NOTICE OF<br>VOLUNTARY DISMISSAL |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for October 22, 2007 at 4:00 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:  September 26, 2007

ERSKINE & TULLEY

By: _____
Michael J. Carroll
Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 600, San Francisco, California 94104. On September 26, 2007 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Howard Young**
**H. Young Enterprises,**
**233 Sansome Street, Suite 1000**
**San Francisco, CA 94104**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2007 at San Francisco, California.

Sharon Eastman